UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: RICHARD BERTUGLIA | 26 Misc. 439 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On September 1, 2026, movant Richard Bertuglia commenced this action, seeking to quash a subpoena issued by Boilermaker-Blacksmith National Pension Trust and Taishin International Bank ("respondents") in connection with a securities action pending in District of New Jersey, *In re Maiden Holdings, Ltd. Securities Litigation*, No. 19 Civ. 5296 (D.N.J.). Dkt. 1. On September 3, 2026, respondents moved the Court to transfer the motion to quash *sua sponte* to the District of New Jersey. Dkt. 5. On September 4, the Court directed counsel for Bertuglia to file letter on the docket of the case, responding to plaintiffs' request to transfer, by September 10, 2026. Dkt. 6.

On September 10, 2026, counsel for Bertuglia informed the Court that, having reviewed the discovery proceedings in *In re Maiden Holdings, Ltd. Securities Litigation*, Bertuglia does not oppose transfer. Dkt. 13. Counsel further represented that it understood these proceedings include "extensive motion practice addressing non-party discovery issues, including issues potentially related to Mr. Bertuglia's Motion." Accordingly, the unopposed motion to transfer venue, Dkt. 5, is GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2026
New York, New York